# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GWENDOLYN RENEE REDDIC,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01182-BNW<br><br>**ORDER** |

On July 26, 2023, Plaintiff Gwendolyn Renee Reddic submitted a complaint asserting claims against the Social Security Administration. However, Plaintiff failed to either pay the fee for filing a civil case or to submit an application to proceed in forma pauperis.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil case is $402, which includes the $350 filing fee and the $52 administrative fee. *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed in forma pauperis." Nev. Loc. R. LSR 1-1.

For the foregoing reasons, it is ordered that **on or before January 16, 2024**, Plaintiff will either pay the full $402 filing fee or file with the Court a completed application to proceed *in forma pauperis* under 28 U.S.C. § 1915 on the form provided by the court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if she fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when she can either pay the required filing fee or file a complete application to proceed *in forma pauperis*.

///

///

///

1  It is further ordered that the Clerk of the Court send Plaintiff Gwendolyn Renee Reddic
2  the approved form application to proceed *in forma pauperis* and instructions for the same.
3  DATED: November 29, 2023.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE